937 F.2d 621
 Elston (Quintin, Rhonda, Tiffanie) By and Through Elston
(Augustus, Cardella) on Behalf of Parents or
Guardians of Black Children in Talladega
County in State of Alabama
v.
Talladega County Board of Education Grissett (Lance),
Limbaugh (Dan), Watson (M.R.), Langley (Gay),
Morris (Larry), Barrett (Beulah), Pomeroy (Joseph)
 NO. 89-7777
 United States Court of Appeals,
Eleventh Circuit.
 JUN 26, 1991
 N.D.Ala., 933 F.2d 1020
 
 1
 DENIALS OF REHEARING EN BANC.